**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROOSTER TAIL, LLC, | ) | Case No. 13-51536 (AHWS) |
| | ) | |
| Debtors | ) | February 13, 2015 |

**NOTICE OF SALE OF PROPERTY OF ESTATE**
**AND OPPORTUNITY FOR OBJECTIONS THERETO**

Notice is hereby given by Richard M. Coan, Trustee in the above case, that he intends to sell property of the above estate at private sale. The property to be sold consists of all of the debtor's tangible personal property consisting solely of used kitchen equipment. The Trustee's investigation reveals that all other property used by the debtor in its business belongs to other entities. The debtor's tangible personal property will be sold to one of the principals of the debtor, Clifford K. Jones, or to his nominee for the sum of $5,300.00.

Further information with reference to the property and the sale may be obtained from the trustee, Richard M. Coan, Coan, Lewendon, Gulliver & Miltenberger, LLC, 495 Orange Street, New Haven, Connecticut 06511, telephone (203) 624-4756.

Any person objecting to said sale or wishing to make a higher offer should notify the Clerk of the United States Bankruptcy Court, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 in writing with a copy of the objection to Richard M. Coan no later than March 20th, 2015 A hearing on the objections or higher offers, if any, is scheduled for March 24th, 2015 at the United States Bankruptcy Court, Courtroom 123, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. at 10:00 a.m.

In the event that any person gives notice of a desire to make a higher offer, the Trustee shall hold an auction at the time of the above-scheduled hearing or at a later date. Further details may be obtained from the Trustee.

If no objections to such sale or higher offers are received by the date specified above for objections or higher offers, said sale will be conducted as set forth above.

Dated at New Haven, Connecticut this 13th day of February 2015.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com